IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 02-CR-40078-JPG |
| | ) |
| MIKEL LOWE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

NOW COMES the defendant, MIKEL LOWE, by and through his attorney, Assistant Federal Defender Judith A. Kuenneke, and files this Notice of Appeal.

Defendant, MIKEL LOWE, hereby appeals the Order entered by the Honorable J. Phil Gilbert, U. S. District Judge for the Southern District of Illinois, on the 21st day of July, 2010.

Respectfully submitted,

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender
401 West Main Street
Benton, Illinois   62812
(618) 435-2552

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Thomas Leggans

/s/Judith A. Kuenneke
JUDITH A. KUENNEKE
Assistant Federal Defender