UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# NOTICE OF DOCKETING - Short Form

August 4, 2010

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 10-2832
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> MIKEL LOWE,
> Defendant - Appellant

> District Court No: 4:02-cr-40078-JPG-31
> Court Reporter Jane McCorkle
> District Judge J. Gilbert
> Clerk/Agency Rep Nancy Rosenstengel
>
> Date NOA filed in District Court: 08/03/2010

If you have any questions regarding this appeal, please call this office.

CC:   Nancy J. Rosenstengel

form name: **c7_Docket_Notice_short_form** (form ID: **188**)